## Case No. 5,055.

### FRANKLIN v. WARD et al.

[3 Mason, 136.] [1]

Circuit Court, D. Rhode Island. Nov. Term, 1822.

Thomas Burgess, for garnishees.
Mr. Tillinghast, for plaintiff.

STORY, Circuit Justice. By the foreign attachment act of Rhode Island (Dig. 1798, p. 208, § 4), if the garnishees are discharged upon their disclosure, the suit is to be dismissed against the principal, as well as against the garnishees. The question is whether a judgment debt, on which execution may presently issue, is liable to be attached on a foreign attachment. My opinion is, that it is not. The cases cited from the Massachusetts Reports are directly in point upon the construction of an act of that state, substantially like that of Rhode Island. My judgment proceeds not upon these cases alone; but upon the principles which they contain, which seem to me founded in law and general justice. Suit dismissed.

## Case No. 5,056.

### FRANKLIN BANK v. HIPKINS et al.

[2 Cranch, C. C. 315.] [1]

Circuit Court, District of Columbia. May Term, 1822.

THE COURT (nem. con.) rejected the witness; because the action being joint, the judgment must be joint; and if, upon the trial of the issue against Rochford the verdict should be in his favor, there can be no judgment against Hipkins.

---

[1] [Reported by William P. Mason, Esq.]

[1] [Reported by Hon. William Cranch, Chief Judge.]